**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

META PLATFORMS, INC., f/k/a
FACEBOOK, INC.,

      Defendant.

22 Civ. 5187 (____)

## JOINT MOTION FOR
## APPROVAL OF PROPOSED SETTLEMENT AGREEMENT

      PLEASE TAKE NOTICE that upon the accompanying memorandum of law, and the

proposed settlement agreement attached as an exhibit thereto, the parties hereby jointly move for

approval of the proposed settlement agreement.


Dated:      New York, New York
               June 21, 2022

FOR THE UNITED STATES OF AMERICA:


                           DAMIAN WILLIAMS
                           United States Attorney for the
                           Southern District of New York
                           Attorney for the United States of America

         By:           */s/ Ellen Blain*
                           ELLEN BLAIN
                           DAVID J. KENNEDY
                           CHRISTINE S. POSCABLO
                           Assistant United States Attorneys
                           86 Chambers Street, 3rd Floor
                           New York, New York 10007
                           Tel.: (212) 637-2733
                           Fax: (212) 637-0033
                           david.kennedy2@usdoj.gov

FOR META PLATFORMS, INC.,
f/k/a FACEBOOK, INC.:

                                           Natalie Naugle
Director and Associate General Counsel,
Litigation
META PLATFORMS, INC.
181 Fremont Street
San Francisco, CA 94105
nnaugle@fb.com

By:        */s/ Rosemarie T. Ring*
Rosemarie T. Ring
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Tel.: (415) 393-8247
rring@gibsondunn.com
*Counsel for Meta Platforms, Inc.*